

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00027-CV

JACQUELINE RUTLEDGE
HENDERSON

APPELLANT

V.

ALPINE GENERAL
CONTRACTING, INC.

APPELLEE

-----------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY
TRIAL COURT NO. CV12-1820

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

We have considered the parties' "Joint Agreed Motion to Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED:  March 23, 2017